| | |
|---|---|
| 1 | LOCKE LORD LLP |
| 2 | F. Phillip Hosp (SBN 265225) |
|   | phosp@lockelord.com |
| 3 | Jamie M. Cheng (SBN 298750) |
| 4 | jamie.cheng@lockelord.com |
|   | 300 South Grand Avenue, Suite 2600 |
| 5 | Los Angeles, CA  90071 |
|   | Telephone: 213-485-1500 |
| 6 | Facsimile: 213-485-1200 |

Attorneys for Defendant
Valley Gym Corp. (dba USA Fitness Center)

**Locke Lord LLP**
300 South Grand Avenue, Suite 2600
Los Angeles, CA  90071

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELLIOT PERSHES, individually and on behalf of all others similarly situated, | Case No. 2:18-cv-07258-ODW-RAO |
| Plaintiff, | **DEFENDANT VALLEY GYM CORP.'S NOTICE OF CONSTITUTIONAL CHALLENGE TO A FEDERAL STATUTE** |
| vs. | |
| USA FITNESS CENTER; DOES 1-10 Inclusive, | DATE:   November 26, 2018 |
|  | TIME:   1:30 P.M. |
|  | PLACE:  Courtroom 5d |
| Defendants. | JUDGE:  Hon. Otis D. Wright II |

Pursuant to Rule 5.1(a) of the Federal Rules of Civil Procedure, defendant Valley Gym Corp. ("Defendant"), by and through its counsel, hereby provides notice that its Motion to Dismiss plaintiff Elliott Pershes's ("Plaintiff") Complaint raises the question of whether the First Amendment prohibits the application of the restrictions in the Telephone Consumer Protection Act, 47 U.S.C. § 227 et seq. ("TCPA"), to the alleged text messages at issue in the case at hand, as well as whether the TCPA itself is unconstitutional, because (1) it is a content- and speaker-based restriction on free speech that cannot survive strict scrutiny, and (2) it is unconstitutionally vague and overbroad.

Defendant further states that this Notice of Constitutional Question, as well as Defendant's Motion to Dismiss Plaintiff's Complaint, will be served via certified mail on the Attorney General of the United States concurrently with the filing of this notice.  The parties in this action do not include the United States, one of its agencies or one of its officers or employees in an official capacity.

Dated:  October 23, 2018                    LOCKE LORD LLP


                                             By:  /s/  F. Phillip Hosp
                                             F. Phillip Hosp

                                             Attorneys for Defendant
                                             Valley Gym Corp. (dba USA Fitness Center)

1
NOTICE OF CONSTITUTIONAL CHALLENGE TO A FEDERAL STATUTE

## CERTIFICATE OF SERVICE

On October 23, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all persons registered for ECF. All copies of documents required to be served by Fed. R. Civ. P. 5(a) and L.R. 5-1 have been so served. This notice and exhibit have also been sent via certified mail to the following:

>Hon. Jeffrey B. Sessions
>U.S. Department of Justice
>950 Pennsylvania Avenue, NW
>Washington, DC 20530-0001

    /s/ F. Phillip Hosp
F. Phillip Hosp