UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

# CIVIL MINUTES – GENERAL

| No. | 2:18-cv-07258-ODW (RAO) | Date | February 12, 2019 |
|---|---|---|---|
| Title | *Elliot Pershes v. USA Fitness Center et al.* | | |

| Present: The Honorable | Otis D. Wright, II, United States District Judge | |
|---|---|---|
| Sheila English | Not reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not present | Not present |

**Proceedings:**                                **In Chambers**

Pursuant to Plaintiff's Notice of Dismissal (ECF No. 29) and Federal Rule of Civil Procedure 41(a)(1), **IT IS HEREBY ORDERED** that:

1. Plaintiff's claims as to Defendant Valley Gym Corporation dba USA Fitness Center is **DISMISSED WITH PREJUDICE;**

2. The class allegations are **DISMISSED WITHOUT PREJUDICE**; and

3. All dates and deadlines are **VACATED**, including the Motion to Dismiss (ECF No. 10).

The Court also finds that notice to the putative class members is not necessary given the stage of the proceedings, and that the dismissal of their claims is without prejudice.

The Clerk of the Court shall close this case.

**IT IS SO ORDERED.**

|  | : | 00 |
|---|---|---|
| Initials of Preparer | SE | |